ATLANTA & LOWRY NATIONAL BANK, a corporation, *Appellant*, v. BICKNELL-RICE RESIDENTIAL BUILDERS, INC., et al., *Appellees.*

En Banc.

Opinion filed February 27, 1930.

*Treadwell & Treadwell,* for Appellant.

*Knowles & Fair,* for Appellees.

DAVIS, Commissioner:

This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein and briefs and argument of counsel for the respective parties, and the record having been examined, we find no error in the decree appealed from, for the reason that the principles of law relating to the contention of the appellant have been settled by this Court adversely to such contention, in Peoples Bank v. Va. Bridge & Iron Co., 94 Fla. 474, 113 So. R. 680; and Booker & Co. v. Leon H. Watson, Inc., 96 Fla. 671, 119 So. R. 104.

The decree is affirmed.

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and decreed by the Court that the decree of the court below should be, and the same is hereby affirmed.

TERRELL, C. J., AND WHITFIELD, ELLIS, STRUM, BROWN AND BUFORD, J. J., concur.